**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION**

Case No.: 15-cv-81497-Middlebrooks/Brannon

JOEL MEDGEBOW, as an individual, and
on behalf of others similarly situated,

    Plaintiffs,

v.

MERCHANT CAPITAL SOURCE, LLC,
a California Limited Liability Company, and
FIRST PACIFIC MARKETING, LLC, a
California Limited Liability Company,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    COME NOW, Plaintiff Joel Medgebow ("Medgebow"), individually, and Defendant Merchant Capital Source, LLC ("Merchant Capital"), by and through undersigned counsel, to notify the Court that Medgebow and Merchant Capital have reached a confidential settlement as to all of Medgebow's individual claims against Merchant Capital. Medgebow and Merchant Capital respectfully request that the Court vacate all pending dates as to Merchant Capital and allow thirty (30) days for Medgebow and Merchant Capital to finalize and document the terms of the settlement agreement and file dispositive documentation of the same. Once the settlement agreement is completed, Medgebow will stipulate to a dismissal with prejudice of all his claims against Merchant Capital.

    Dated: January 28, 2016.

25233584v2

*Notice of Settlement*
*Medgebow v. Merchant Capital Source, LLC*
*and First Pacific Marketing, LLC*
Case No. 15-81497-CV-MIDDLEBROOKS/BRANNON

Respectfully submitted,

**GREENSPOON MARDER P.A.**

 /s/ Beth-Ann E. Krimsky
Beth-Ann E. Krimsky
Florida Bar No. 968412
beth-ann.krimsky@gmlaw.com
Veronica M. Rabinowitz
Florida Bar No. 99618
veronica.rabinowitz@gmlaw.com
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027
*Attorneys for Defendant Merchant Capital Source, LLC*

*and*

s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.
Fla. Bar. No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar. No.: 83397
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
5400 S. University Drive, Ste. 413
Davie, FL 33328
Tel:    (954) 889-3359
Fax:    (954) 889-5913
MPascucci@ELPLawyers.com
JEggnatz@ELPLawyers.com

/s/ Seth M. Lehrman
Steven R. Jaffe (Fla. Bar No. 390770)
Seth M. Lehrman (Fla. Bar No. 132896)
**FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: (954) 524-2820
Fax: (954) 524-2822
steve@pathtojustice.com

25233584v2

*Notice of Settlement*
*Medgebow v. Merchant Capital Source, LLC*
*and First Pacific Marketing, LLC*
Case No. 15-81497-CV-MIDDLEBROOKS/BRANNON
seth@pathtojustice.com
*Attorneys for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2016, I electronically filed the foregoing Notice of Settlement via transmission of Notice of Electronic Filing generated by CM/ECF, which will forward copies of the same to all counsel of record.

/s/Joshua H. Eggnatz
Joshua H. Eggnatz

25233584v2