UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81497-CIV-MIDDLEBROOKS

JOEL MEDGEBOW,

    Plaintiff,

v.

MERCHANT CAPITAL SOURCE, LLC
and FIRST PACIFIC MARKETING, LLC

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to the only remaining Defendant[1], First Pacific Marketing, LLC (DE 40), filed on March 4, 2016. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant First Pacific Marketing, LLC has not served an answer or a motion for summary judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _11_ day of March, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] Plaintiff dismissed his claims against Defendant Merchant Capital Source, LLC on February 16, 2016. (DE 37).